UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 2:23-CR-00059-01** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **WILLIE KEYS (01)** | **MAGISTRATE JUDGE KAY** |

### JUDGMENT

Before the court is a Report and Recommendation [doc. 26] of the Magistrate Judge, recommending that the defendant's guilty plea be accepted. After considering the record and noting the defendant's waiver of objections, the Court finds that the plea is correct under applicable law. Accordingly, **IT IS ORDERED, ADJUDGED,** and **DECREED** that the Report and Recommendation be **ADOPTED** and that the defendant be finally adjudged guilty of the offenses charged in Count 1 of the Indictment.

Sentencing is set for September 28, 2023, at 1:30 pm before the undersigned in Lake Charles, Louisiana.

**THUS DONE AND SIGNED** in Chambers on this 2nd day of August, 2023.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**